# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS

FILED
08 FEB -5 PM 3:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP  DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0227 DMS NLS

vs

UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut corporation; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; UNITED PARCEL SERVICE, INC. a Georgia corporation; and DOES 1 through 20

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jeffrey E. Estes, Esq.
Jeffrey E. Estes & Associates
501 West Broadway, Ste 1650
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, with ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/5/08
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\d43\\1 May 5, 1999 (11:34am)