JEFFREY E. ESTES, ESQ. SBN 89102
JEFFREY ESTES & ASSOCIATES
501 WEST BROADWAY, SUITE 1650
SAN DIEGO CA 92101
619-233-8021                    Ref. No.        : 0400837-01
Attorney for : PLAINTIFF        Atty. File No.  : 08CV0227DMSNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF   : ATLANTIC BUSINESS ORGANIZATION, etc.          Case No.: 08 CV 0227 DMS NLS
DEFENDANT   : UPS CAPITAL INSURANCE AGENCY, etc, et al      **PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3. a. Party served   : INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania
                       corporation    AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   b. Person served  : MARIA SANCHEZ, PROCESS SPECIALIST
                       (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  818 WEST 7TH STREET
                                        LOS ANGELES, CA 90017      (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on February 22, 2008  (2) at: 12:05 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:  INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania
                     corporation    AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. QUENTIN BUTLER                             d. Fee for service: $84.50
   b. KNOX ATTORNEY SERVICE, INC.                e. I am:
      2250 Fourth Avenue                             (3) a registered California process server
      San Diego, California 92101                    (i)   an independent contractor
   c. 619-233-9700                                   (ii)  Registration No.: 152
                                                     (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 29, 2008          Signature: _____
                                             QUENTIN BUTLER

Jud. Coun. form, rule 982.9                  **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

```
 1  JEFFREY E. ESTES, ESQ. SBN 89102
    JEFFREY ESTES & ASSOCIATES
 2  501 WEST BROADWAY, SUITE 1650
    SAN DIEGO, CA 92101
 3  619-233-8021

 4  Attorney for Plaintiff, ATLANTIC BUSINESS ORGANIZATION

 5

 6

 7

 8

 9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12  ATLANTIC BUSINESS ORGANIZATION ) Case No.:  08 CV 0227 DMS NLS
                                   )
13           Plaintiff,             ) PROOF OF SERVICE
                                   )
14      vs.                        )
                                   )
15  UPS CAPITAL INSURANCE, etc., et )
    al.                            )
16           Defendants.            )
                                   )
17  _____)

18      I, Quentin Butler, declare as follows:

19      I am over the age of eighteen years and not a party to this

20  action. I am employed in the County of San Diego, California,

21  where the service occurred and my business address is 2250

22  Fourth Avenue, San Diego, CA 92101.

23      I served the following documents:

24      SUMMONS IN A CIVIL ACTION; COMPLAINT

25  //
```

PROOF OF SERVICE - 1