JEFFREY E. ESTES, ESQ. (SBN 89102)
JEFFREY ESTES & ASSOCIATES
501 WEST BROADWAY, SUITE 1650
SAN DIEGO  CA  92101
619-233-8021
Attorney for : PLAINTIFF

Ref. No.        : 0400836-02
Atty. File No.  : 08 CV 0227 DMS NLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : ATLANTIC BUSINESS ORGANIZATION et. al. | Case No.: 08 CV 0227 DMS NLS |
| DEFENDANT | : UPS CAPITAL INSURANCE AGENCY, et. al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3. a. Party served    :   UNITED PARCEL SERVICE, INC., a Georgia corporation
                           AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
   b. Person served  :   BECKY DEGEORGE, PROCESS SPECIALIST
                           (AUTHORIZED AGENT FOR CSC-LAWYERS INC.)

4. Address where the party was served  2730 GATEWAY OAKS DR.    STE. 100
                                        SACRAMENTO, CA  95833    (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  February 21, 2008   (2) at: 09:45 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:      UNITED PARCEL SERVICE, INC., a Georgia corporation
                          AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. MELVIN M. RINGUE
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California  92101
   c. 619-233-9700

   d. Fee for service: $38.75
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 20045
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 26, 2008          Signature: _____
                                              MELVIN M. RINGUE

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)