JEFFREY E. ESTES, ESQ. (SBN 89102)
JEFFREY ESTES & ASSOCIATES
501 WEST BROADWAY, SUITE 1650
SAN DIEGO  CA  92101
619-233-8021               Ref. No.      :  0400836-01
Attorney for :  PLAINTIFF       Atty. File No.  :  08 CV 0227 DMS NLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF        : ATLANTIC BUSINESS ORGANIZATION et. al.       Case No.: 08 CV 0227 DMS NLS
DEFENDANT     : UPS CAPITAL INSURANCE AGENCY, et. al.       **PROOF OF SERVICE**

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3.    a. Party served      :     UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut
                                         corporation
       b. Person served   :     BECKY DEGEORGE, PROCESS SPECIALIST
                                         (AUTHORIZED AGENT FOR CSC-LAWYERS INC.)

4.    Address where the party was served 2730 GATEWAY OAKS DR.       STE. 100
                                                              SACRAMENTO, CA  95833     (Business)

5.    I served the party
       a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
          receive service of process for the party (1) on  February 21, 2008   (2) at: 09:45 AM

6.    The "Notice to the person served" (on the summons) was completed as follows:
       c. on behalf of:        UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut
                                         corporation
          under  [xx]  CCP 416.10  (corporation)

7.    **Person who served papers**
       a. MELVIN M. RINGUE                                      d. Fee for service: $84.50
       b. KNOX ATTORNEY SERVICE, INC.                  e. I am:
          2250 Fourth Avenue                                          (3) a registered California process server
          San Diego, California  92101                                   (i)   an employee
       c. 619-233-9700                                                     (ii)  Registration No. 20045
                                                                               (iii) County: San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 26, 2008               Signature:  _____
                                                              MELVIN M. RINGUE

Jud. Coun. form, rule 982.9                        **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)