1 | GREGORY B. KOLTUN (CA SBN 130454)
Email: gkoltun@mofo.com
2 | JESSICA EDERER (CA SBN 228679)
Email: jederer@mofo.com
3 | MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
4 | Los Angeles, California 90013-1024
Telephone: (213) 892-5200
5 | Facsimile: (213) 892-5454

6 | Attorneys for Defendants
UPS CAPITAL INSURANCE AGENCY, INC. OF
7 | CALIFORNIA AND UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS, Plaintiffs, v. UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, et al., Defendants. | Case No.   08 CV 0227 DMS NLS **PROOF OF SERVICE** |
|---|---|

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 26, 2008, I served copies of:

**1. DEFENDANTS UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA AND UNITED PARCEL SERVICE, INC.S' ANSWER TO PLAINTIFF'S COMPLAINT; AND,**

**2. UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA AND UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED PARTIES**

/ / /

/ / /

1

Case No.: 08CV0227 DMS NLS
PROOF OF SERVICE

sd-416660

on the recipients designated below via electronic transmission through the CM/ECF system of the United States District Court for the Southern District of California.

| | |
|---|---|
| Jeffrey E. Estes | Attorney for Plaintiff |
| Jeffrey E. Estes and Associates | Atlantic Business Organization |
| 501 West Broadway, Suite 1650 | Corporation d/b/a ABO Pharmaceuticals |
| San Diego, CA 92101-3548 | |
| | Telephone: (619)233-8021 |
| | Facsimile: (619)233-3730 |
| | Email: jesteslaw@gmail.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, on March 26, 2008.

                                                 s/ Gregory B. Koltun
                                                Gregory B. Koltun
                                                Attorneys for Defendants
                                                UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA and UNITED PARCEL SERVICE, INC.
                                                Email: gkoltun@mofo.com