1  GREGORY B. KOLTUN (CA SBN 130454)
   Email: gkoltun@mofo.com
2  JESSICA EDERER (CA SBN 228679)
   Email: jederer@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
4  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
5  Facsimile: (213) 892-5454

6  Attorneys for Defendants
   UPS CAPITAL INSURANCE AGENCY, INC. OF
7  CALIFORNIA, AND UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS,<br><br>Plaintiffs,<br><br>v.<br><br>UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, et al.<br><br>Defendants. | Case No.   08 CV 0227 DMS NLS<br><br>**UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA AND UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

1  TO PLAINTIFF, ITS ATTORNEYS, AND THE CLERK OF THE UNITED STATES
2  DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:
3  PLEASE TAKE NOTICE that pursuant to Local Rule 40.2, the undersigned counsel of
4  record for Defendants UPS Capital Insurance Agency, Inc. of California and United Parcel
5  Service, Inc. ("Defendants") certify that the following listed parties may have a direct, pecuniary
6  interest in the outcome of this case.  These representations are made to enable the Court to
7  evaluate possible disqualification or recusal.

    1. Plaintiff Atlantic Business Organization Corporation

    2. Defendant UPS Capital Insurance Agency, Inc. of California, which is an indirect subsidiary of United Parcel Service, Inc. (a Delaware corporation), a publicly traded corporation.

    3. Defendant United Parcel Service, Inc. (an Ohio corporation), which is an indirect subsidiary of United Parcel Service, Inc. (a Delaware corporation), a publicly traded corporation.

    4. Defendant Indemnity Insurance Company of North America

Dated: March 26, 2008                  MORRISON & FOERSTER LLP

By:  s/Gregory B. Koltun
      Gregory B. Koltun

Attorneys for Defendant
UPS CAPITAL INSURANCE
AGENCY, INC OF CALIFORNIA
AND UNITED PARCEL SERVICE,
INC.