GREGORY B. KOLTUN (CA SBN 130454)
Email: gkoltun@mofo.com
JESSICA EDERER (CA SBN 228679)
Email: jederer@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendants
UPS CAPITAL INSURANCE AGENCY, INC. OF
CALIFORNIA AND UNITED PARCEL SERVICE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.   08 CV 0227 DMS NLS<br><br>**PROOF OF SERVICE** |

　　　I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024. I am not a party to the within cause, and I am over the age of eighteen years.

　　　I further declare that on March 26, 2008, I served copies of:

　　　**1. DEFENDANTS UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA AND UNITED PARCEL SERVICE, INC.S' ANSWER TO PLAINTIFF'S COMPLAINT; AND,**

　　　**2. UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA AND UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED PARTIES**

/ / /

/ / /

1 on the recipients designated below via electronic transmission through the CM/ECF system of the United States District Court for the Southern District of California.

2

3 Jeffrey E. Estes                               Attorney for Plaintiff
Jeffrey E. Estes and Associates                 Atlantic Business Organization
501 West Broadway, Suite 1650                   Corporation d/b/a ABO Pharmaceuticals
4 San Diego, CA  92101-3548

Telephone:  (619)233-8021
5 Facsimile:  (619)233-3730
Email:  jesteslaw@gmail.com

6
I declare under penalty of perjury that the foregoing is true and correct.
7
Executed at Los Angeles, California, on March 26, 2008.
8

  s/ Gregory B. Koltun
9 Gregory B. Koltun
Attorneys for Defendants
10 UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA and UNITED
11 PARCEL SERVICE, INC.
Email:  gkoltun@mofo.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 08CV0227 DMS NLS
PROOF OF SERVICE

sd-416660