JEFFREY E. ESTES, ESQ. (CA Bar #89102)
JEFFREY E. ESTES AND ASSOCIATES
501 West Broadway, Suite 1650
San Diego, CA 92101
Telephone: (619) 233-8021
Facsimile: (619) 233-3730

Attorney for Plaintiff, ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California Corporation, dba ABO PHARMACEUTICALS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS,<br><br>Plaintiff,<br><br>vs.<br><br>UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut corporation; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; UNITED PARCEL SERVICE, INC., a Georgia corporation; and, DOES 1 through 20,<br><br>Defendants. | Case No: 08 CV 0227 DMS NLS<br><br>JOINT MOTION TO DISMISS WITH PREJUDICE [FED. R. CIV. P. 41(A)(2)] |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS and Defendants UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut corporation; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; UNITED PARCEL SERVICE, INC., a Georgia corporation, respectfully submit the following Joint Motion to Dismiss with Prejudice the above-stated action, purusuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

1

## I. PROCEDURAL BACKGROUND

This action was commenced by ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS on February 5, 2008, when it filed its Complaint against UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut corporation; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; UNITED PARCEL SERVICE, INC., a Georgia corporation, alleging various causes of action for breach of contract, breach of covenant of good faith and fair dealing, unfair business practices for damages and negligence.

Subsequently, the parties engaged in voluntary settlement negotiations which ultimately led to an agreement to settle the entire case. The written settlement agreement has now been finalized and signed by the parties and their respective counsel.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, although part of the settlement, did not officially make an appearance in the case.

## II. THE PARTIES JOINTLY REQUEST THAT THE COURT DISMISS THE MATTER WITH PREJUDICE

Rule 41 of the Federal Rules of Civil Procedure authorizes a court to order dismissal of an action upon such terms and conditions as the court deems proper. Fed. R. Civ. P. 41(a)(2). Rule 41(a)(2) motions for voluntary dismissal should be liberally granted, provided that no party will suffer legal prejudice. *Stevedoring Serv. Of Am. V. Armilla Int'l*, 889 F.2d 919, 921 (9th Cir. 1991); see also *LeCompte v. Mr. Chip, Inc.*, 528 F.2d 601, 604 (5th Cir. 1976) The decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the district court's sound discretion and "will not be disturbed unless the court has abused its discretion." *Westlands Water Dist. V. U.S.*, 100 F.3d 94, 96 (9th Cir. 1996)(citations omitted).

Here, the settlement has eliminated any need for adjudication of this action. The parties have knowingly and willfully entered into the settlement, and therefore no party will suffer prejudice from its dismissal. The parties have agreed as part of the settlement that the dismissal will be with prejudice. Accordingly, ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS and UPS CAPITAL INSURANCE AGENCY, INC. OF

1  CALIFORNIA, a Connecticut corporation; INDEMNITY INSURANCE COMPANY OF NORTH
2  AMERICA, a Pennsylvania corporation; UNITED PARCEL SERVICE, INC., a Georgia corporation
3  respectfully request that the Court order dismissal of the matter with prejudice.

**III.   CONCLUSION**

The parties having reached a settlement of this action, jointly request that this Court order dismissal of this action with prejudice.

Respectfully submitted,

DATED: April 30, 2008                JEFFREY E. ESTES & ASSOCIATES, APC

_____
Jeffrey E. Estes, Esq.
Attorney for Plaintiff, ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS

DATED: May 6, 2008                   MORRISON : FOERSTER LLP

_____ /JXE
Gregory B. Kolton, Esq.
Attorney for Plaintiff, UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut corporation; UNITED PARCEL SERVICE, INC., a Georgia corporation