# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC BUSINESS ORGANIZATION CORPORATION, a California corporation, dba ABO PHARMACEUTICALS,<br><br>Plaintiff,<br><br>vs.<br><br>UPS CAPITAL INSURANCE AGENCY, INC. OF CALIFORNIA, a Connecticut corporation; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; UNITED PARCEL SERVICE, INC., a Georgia corporation; and, DOES 1 through 20,<br><br>Defendants. | Case No: 08 CV 0227 DMS NLS<br><br>ORDER RE DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(A)(2)]<br><br>Courtroom: F<br>Judge: The Honorable Dana M. Sabraw |

The Court, having read and reviewed the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendants in the above entitled action, and finding good cause therefore, hereby orders that the above-stated action is dismissed with prejudice.

**IT IS SO ORDERED**

DATED: May 7, 2008

_____
HON. DANA M. SABRAW
United States District Judge

.

1